UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ALEJANDRO LOPEZ,

    Defendant-Movant,

v.                                                                         CR 13-2152 RB
                                                                          CV 16-0782 RB/GJF

UNITED STATES OF AMERICA,

    Plaintiff-Respondent.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED
### FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the Court on review of the record. On July 25, 2016, Defendant-Movant Alejandro Lopez ("Defendant") filed his "Motion Under 28 U.S.C. § 2255 to Vacate Sentence" ("Motion"). (Doc. 2.)[1]

The Magistrate Judge filed a Proposed Findings and Recommended Disposition ("PFRD") on May 19, 2017, recommending that the Motion be dismissed. (Doc. 17.) Defendant's Objections were due on June 6, 2017, and yet, as of the date of this Order, he has filed no objections to the PFRD. Upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, **IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 17) (Doc. 114/13CR2152) is **ADOPTED** by the Court;

---

[1] Citations to "Doc." are to the document number in the civil case, case number 16-CV-0782, unless otherwise noted.

**IT IS FURTHER ORDERED** that this case is **DISMISSED**, and that a final judgment be entered concurrently with this order.

_____
THE HONORABLE ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE